IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 MAR -8 P 2: 22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

/an Alias/, "Joe,"
  of a Class: DRIVER,
and one instance,
  James L. Shores,
    plaintiffs, versus,
The Great State of Alabama,

2:06CV222-A

CIVIL ACTION

NUMBER _____

Mr. Leo F. Mullin,
Mr. David N. Siegal,
Mr. Donald J. Conty,
Mr. Gordon M. Bethune,
Mr. John W. Creighton,
The Secretary of,
  The Department of Transportation,
    Mr. Norman Y. Mineta,
and The Secretary of,
  The Department of Defense,
    Mr. Donald H. Rumsfeld,
      defendants.

# COMPLAINT

## I. PREVIOUS LAWSUITS

A. I did begin other lawsuits in state and federal courts dealing with the same or similar facts involved in this action.

B. And, I did begin other lawsuits in state and federal courts relating to our imprisonment.

C.1.1. In this previous lawsuit, James Shores was the Plaintiff. The State of Alabama, and others, was the Defendant.

    2. It was filed in the Northern District of Alabama.

    3. I cannot recall the Docket number, or if, yes, there were two different lawsuits because

    4. Sam Pointer had one, then U. W. Clemon recused on a second. There was a magistrate named T. Michael Putnam.

    5. Petition filed 10/16/94, a Wednesday, and the disposition was <u>Shores v. Reddoch</u>, et al, No. 94-6633, cert denied, 513 US 1063, 130 L. Ed2d 610, 1994 LEXIS 8934, 115 S Ct 678.

    6. It was filed Summer into Fall 1993.

    7. It was disposed 12-12-94.

  2.1. In this previous lawsuit, James Shores was

the Plaintiff. I cannot recall what the Defendant was, maybe the United States of America.

I.C.2.2. It was filed from Lexington, Kentucky; ~~either~~ the ~~Western,~~ Eastern, ~~or the Eastern Western~~ District.

3. I surely cannot recall the Docket number; I was very ill and for the implied threat from the U.S. Health Service I was under the influence of thioridazine.

4. It may have been before Judge Forester; imagine that.

5. After U.S. Bureau release, I was in such a broken state, unopened, I threw away the last mail from the judge of that court.

6. It was filed between 11-3-97 and 4-8-98

7. It would have been dismissed after 4-29-98.

3.1. In this previous lawsuit, James Shores was the Plaintiff. I think the lower forty-eight states, with perhaps excepting Rhode Island, were the defendants.

2. It was filed in the Western Division of the Northern District of Alabama.

3. Again, I have no idea the Docket number here.

4. I cannot recall to whom it was assigned; once again, T. Michael Putnam had various comments.

5. It would have been dismissed; very ill, at least at this time I was not recklessly mistreated the

way I was at the U.S. Narcotic Farm.

I.C.3.6.   It was filed in mid-to-late August and November 1998.

7.   As I was mortified, and iller yet, after release from Tuscaloosa Metro; it would have been dismissed soon afterwards.

4.1.   In this previous lawsuit James I. Shores as next friend of Mr. Troy Forehand of the Wiregrass was the Plaintiff. The sole proprietor of the Dept. of Corrections', "health care contractor," was the Defendant.

2.   It was filed in the Bullock County Circuit Court.

3.   The Docket number was forty-one.

4.   It was assigned to the Honorable Judge I. Bernard Smithart.

5.   I asked it to be dismissed because I had not the power to prosecute the pre-meditated murder I, inescapably, believe _____ occurred.

6.   It was filed in Spring or early Summer 2003.

7.   Before I was released from Bullock Prison, on August 24, 2003, after a hearing, say, a week before then, it was dismissed.


II.(a).   PLACE OF PRESENT CONFINEMENT

Shores is on this day held in the Dept. of No. One Dept. of
Corrections' Bullock Prison off U.S. Highway 82 just
east of Union Springs.

II.(b)        PLACE OF VIOLATIONS
          The United States of America

III.   NAMES AND PURPORTED LOCATIONS OF MY SOVERIEGN
          AND ALLEGED PERSONS WHO VIOLATE CLASS DRIVER RIGHTS

  1. The State of Alabama
          c/o The Honorable Mr. Troy King, Esq.,
          11 South Union Street, 3rd Floor,
          Montgomery              36104

          [continues to conclusion on the next sheet]

III.2. ~~The defendants are one~~ Mr. Leo J. Mullin of Delta Air Lines, Inc., Hartsfield Atlanta Int'l ~~Airport~~ Airport, Atlanta, Georgia 30320; one 3. Mr. David N. Siegal of US Airways Group, Inc., 2345 Crystal Drive, Arlington, Virginia 22227; one 4. Mr. Donald J. Conty of AMR Corp., P. O. Box 619616, DFW airport, Texas 75261; ~~one Mr. Matthew Rose of Burlington Northern Santa Fe, Inc., 2650 Lou Menk Drive, Ft. Worth, Texas 76131-2830~~; one 5. Mr. Gordon M. Bethune of Continental Airlines, Inc., 1600 Smith St. HQS11, Houston, Texas 77002; ~~one Mr. John W. Snow of CSX Corp., 901 East Carry St., Richmond, Virginia 23219; one Mr. David R. Goode of the Norfolk Southern, 3 Commercial Pl., Norfolk, Virginia 23510~~; one 6. Mr. John W. Creighton of UAL Corp., 1200 E. Algonquin Rd., Elk Grove Township, Illinois 60007; ~~one Mr. Richard Davidson of Union Pacific Corp., 1416 Dodge St., Omaha, Nebraska 68179~~; 7. The Secretary of the Department of Transportation one Mr. Norman Y. Mineta, 400 7th St., Washington, District of Columbia 20590; 8. The Secretary of the Department of Defense one Mr. Donald H. Rumsfeld, The Pentagon 20301; ~~one Ms. J. Smith of the Ventress Unit's Prison Health Services, Inc., 105 W. Park Drive, Suite 200, Brentwood, Tennessee~~,

IV.   The DATE UPON WHICH ƀVIOLATIONS To BE
        SAID HEREIN BEGAN

            For arguments' sake, I say on a certain date
in the first quarter of 1985, when, out of Irondale for
Mr. Smaha, I delivered a metal building to another
contractor at the, (they don't call it that for no
reason), Redstone Arsenal for a dollar a mile, ($104).

V. GROUNDS ON WHICH CLASS DRIVER BASES HIS
   ALLEGATION HIS CONSTITUTIONAL RIGHTS ARE VIOLATED

GROUND ONE: In their offices, defendants.
have and do invade my privacy, tracking my whereabouts
and peering into my private business, and through their
agents, such ● the Federal Aviation Administration,
the Air Force, the Army, the major airlines doing
business over my state, and now, even the Navy, have
and do go in disguise over the highway for the purpose,
directly, to taunt _me_ and deprive me of my sanity and,
indirectly, to deprive me of work and freedom from
imprisonment; this has caused me immeasurable anguish
because the defendants combine to exterminate class
Driver, in effect, by vengeful punishment at large in
country and to foster hate in order to sustain an
illusion of safety and luxury for themselves the non-
Class member public; under color of law they hinder
commerce they seek to inbreed and forever close the
open road.

SOME FACTS WHICH SUPPORT THIS GROUND
           On a certain day in late August 1995, I was
on my way to Catalina in heavy traffic. Perhaps in
good-natured fun, from metropolitan Las Vegas, Nevada
to my south southeast, the defendant timed and then did

raise thirty or forty small aircraft of many types which in passing low overhead _en masse_ interfered completely around twenty-seven megaHertz and making personal comments. This caused me to suffer; this caused me to abort a planned trip.

By accident, at or about the end of winter 1995, I was ticketed for driving under the influence of of alcohol on NAS Pensacola. Very late the next day, or early the following, on my way home I stopped to rest at the Power Company's area east above their Martin dam on the Tallapoosa River: in the Red Hill quadrangle. There only a few minutes, having to visit with some local persons, (or not, come to think of it), in the parking lot, a four-engine aircraft passed, just over the tall thin pines atop the bank, west out over the lake. No one else there seemed to see it; simultaneously, two hundred yards, or less, in the east, a blacked two-rotor helicopter hovered below the horizon in a fall-off at tree-top level. I believe it is a fact defendant timed and then did this to harrass me. There is no question I suffered for it. I looked directly up at the 130, two hundred feet above me.

In Spring 2000 I was killing time waiting to be tried on a pair of felony indictments for a couple of DVI tickets I collected eleven days apart in August

1998. In private, or so I should have had the right to believe, to celebrate Kerama-Retto Day, I reproduced a Rising Sun on a new muslin double bed sheet and decorated it with generals' names. On the Day, around eleven o'clock ante meridian, I raised this flag on a twelve foot sprig attached to the west roof hip of my home at 1528 Valley Avenue in Homewood, Alabama. It was mostly obscured for the foliage of a sixty foot red oak. Two, three minutes after I got it up, at the moment I faced south and began to descend my ladder I observed the defendant's, its slab side, four by two exhaust, and unmistakable rudder, its B-52, streaming east northeast parallel to the house at no more than one and one-half miles and my Daddy, after his 1995 stroke, a year later in the last, now lost, letter and word I had from him said he could not understand my reference to what I here describe. Like it might as well be a game, defendant did this and I suffered for it.

In Summer 2003, after for cash I filed the lawsuit as next friend of Driver Mr. Troy Forehand of the Wiregrass from this Bullock State Prison I was sick and could have no relief from any penalogical medicine and again, alone, I had to suffer to witness, the defendants' agents, with their heavy aircraft's

contrails; describe a precise double-line box six or seven miles above me. The box included at least a thirty-secondth of the sky.

On or about November 28, 2005 while inside the Dept.'s Ventress Prison, I observed in still air an unnatural cloud a mile or two wide that looked every bit like the back end of a 1960 Chevrolet at about three o'clock post meridian that by five o'clock had moved a bit further to the southwest and evidently was manipulated to look like two thick letter 'S's, one on top of the other, laid sideways, equally as astonishingly beautiful, I am suprised at my discipline I could have buried my memory of it until now writing this complaint.

Not so on Saturday this February fourth, still at the Ventress Unit in Barbour County: at three o'clock post I had to observe defendant's agents had, with the contrails of their heavy airframes, in the north northwest, described a neat two by three ratio Saint Andrews' Cross. Then, an aircraft appeared from just east of north at speed because it was much lower but still able to produce a distint vapor trail. This machine flew in a arc to my left, to pass under the existing figure; it made a deliberate course correction and from viewpoint, nearly exactly crossed

the afore-referenced vertricies, then, the object passed directly over my head at about 10,000 feet: it was a kerosene rear-mount two-fan job, tubular fuselage, like a tampon applicator, with short right-angle wings: it was a cruise missle, down south to the Gulf. This is act of the defendant caused me to get in trouble with Lieutenant over a personal matter, be withdrawn from a program in which I had a liberty interest and take me further away from where I want to be

So, there is no need mentioning 1 March roll south through Montgomery northwest & get to see a right smart one to one ratio 'X' one-twelfth the size of the sky, with a little bitty LWB H-1 in the upper corner of quadrant three.

Or, nine, seventeen ante, 3 March at Bullock a subsonic B1, flat at, I guess, 25,000', bearing west.

GROUND TWO:   where class Driver are incarcerated, actually, all the time in country, deprived of their freedom to acquire their own health care,   in any scheme whereby the state is a fearful and stingy client of the illegitimate proposition of health care, "contractors," said class are inherently 'costs' to be avoided instead of the needful patients they are; Driver, therefore, is caused by defendant to

suffer cruelly, alone, unloved and unforgiven unto
death: this is          not civil.

### SOME FACTS WHICH SUPPORT THIS GROUND

I met Mr. Troy Forehand of the Wiregrass
in late Summer 2002 at Kilby Prison. Like me, Mr.
Forehand was a felon just because of a bunch of DUI
tickets. We enjoyed visiting    outdoors in what
shade there is. Mr. Forehand was sixty-two, was in
excellent health, he would walk around the northwest
yard a lot more than I would; he did                    not
use tobaccos, but he had asthma. He had a inhaler but
I never saw him use it.

On into      that October, after supper the
yard is brief before the sodiums trip and we would have
to go back in. Mr. Forehand lapped me and said, "Jimbo
I'm worried," he said, "I take a tablet for my asthma
and the girl at the Pill Call window said they ran out
of them yesterday, and tonight they still don't have any
so I don't know what to do." I commiserated with him,
but because of my selfishness, for the second time in
my life a man died because of me, directly. The first,
A.I. McCord of Millbrook might not have had I said
anything to him when I could have but didn't.
Mr. Forehand did because I didn't say anything for him

when I should have known better. I say, my friend was killed deliberately by defendant.

GROUND THREE

Most of the Justices of the U. S. Supreme Court since, "Reconstruction," postbellum, violate class Driver constitutional rights.

SOME FACTS WHICH SUPPORT THIS GROUND

They don't have a right to optional jurisdiction so   many hundreds of thousands of   Drivers have to die because they are either jealous non-Drivers, or act like it because they know no better, _O. R._ by Shelby Foote's _Lee's_, goldilocks.

GROUND FOUR

Current DUI, "law," violates class Driver constitutional rights.

SOME FACTS WHICH SUPPORT THIS GROUND

Mothers Against Drunk +       ! Driving is just absurd, and the popularised, "legal limit," after one offence,   for class Driver, is an outrage.

GROUND FIVE

State sponsored execution not done by the victim's mother's hand violates the constitutional rights of class Driver, or, is offensive to it.
THE FACT WHICH SUPPORTS THIS REDOUBT
It is immoral.

VI. DEMAND Declare these truths.
Have defendant pay my cost for this action.
Oh, and make defendant get all the four or more wheel private motorists off the General Eisenhower, plus, make the state hire a surgeon at two million dollars per annum, today's.

VII. DEFINITION.
By comparision, actual drivers have pro rata exceptional reaction speed and spatial acuity. They are liable to use alcohol all they want, although some want to indulge with natural and synthetic opium or cocaine. Those who do not are just sports.

James L. Shores

Why, I declare under penalty of perjury that the foregoing is true and correct.
EXECUTED on this the Sixth day in March of Our 2006.

James Fayet Shores, III
Ala. DL# 3987579