IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAR -8 A 9:35

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

Plaintiff(s) _____

v.

The Great State of Alabama, et al
Defendant(s)

2:06CV222-A

I, _James L. Shores_, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?    Yes ( )   No (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. _Cracker firm Sub out of Atlanta called, "HARCON," Four days in Nov. or Dec, 2001 at $7/hr. and I "decompensated." Oh, on $250M UAB Hospital Brasfield & Gorrie Job._

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession, or form of self-employment?    Yes ( )   No (X)
   B. Rent payments, interest, or dividends?    Yes ( )   No (X)
   C. Pensions, annuities, or life insurance payments?    Yes ( )   No (X)
   D. Gifts or inheritances?    Yes ( )   No (X)
   E. Any other sources?    Yes (X)   No ( )

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. _Our mother is, unless dead since 2/11/2006, in a "assisted-living facility," one room apartment 15 minutes from my sister's inappropriate, empty 4BR fashionable house in Little Rock, Arkansas. My sister took her money, but $29K in equities, from underselling my homeplace. Mom pays $2200/mo + from income of $700/mo, and has sent me about $1200 in twelve mos. Sister had me arrested on fugitive_

[right margin, vertical text:] _warrant for following Mom's wishes, March 19, 2005 and I have been incarcerated since then._

3. Do you own cash, or do you have money in a checking or savings account? [Include an prison accounts].    Yes (X)  No ( )

If the answer is YES, state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property ordinary household furnishings and clothing]?    Yes (X)  No ( )

If the answer is YES, describe the property and state its approximate value. _Red Wing black steel toe, $115; Carhartt insul. canvas jacket, $80; 1/4 interest in the AmSouth University Lease, but my Mom has Life Estate in 1/2 of it, worth maybe 6-800,000. Mom grosses $1700 per month._

5. List the persons who are dependent upon you for support, state your relationship to the and indicate how much you contribute toward their support. _No one is dependent upon me for financial support; how could they be?_

_____
Signature of Affiant

STATE OF ALABAMA    )
COUNTY OF _____ )

Before me, a Notary Public in and for said County, in said State, personally appeared _____, whose name is signed to the foregoing complain first duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the of his knowledge and belief.

_____
Signature of Affiant

Sworn to and subscribed before me on this ____ day of _____

_____
NOTARY PUBLIC

_____ Cou
My Commission Expires: _____

<u>O R</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___March 6, 2006___
                  (date)

_____
Signature of Affiant

<u>CERTIFICATE</u>

I hereby certify that the plaintiff herein has the sum of $_____ credit at the _____ institution where he is confined, on account to his plaintiff likewise has the following securities to his credit according to the records of said institution: _____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months [not to exceed six (6) months].

A. $_____ on the first day of _____
B. $_____ on the first day of _____
C. $_____ on the first day of _____
D. $_____ on the first day of _____
E. $_____ on the first day of _____
F. $_____ on the first day of _____

Date: _____                    _____
                                    Authorized Officer of Institution