IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES L. SHORES, #214873, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:06cv222-WHA |
| | ) | |
| THE GREAT STATE OF ALABAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #4), entered on March 13, 2006, the court adopts the Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

1. The claims presented against Leon L. Mullin, David N. Siegel, Donald J. Conty, Gordon M. Bethune and John W. Creighton are DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i).

2. The invasion of privacy claim is DISMISED with prejudice as delusional pursuant to the provisions of 28 U.S.C. § 1915(e))(2)(B)(i).

3. The claims presented on behalf of inmate Tony Forehand are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i) as the Plaintiff lacks standing to assert these claims.

4. The Plaintiff's challenge to the constitutionality of his convictions and imprisonment for driving under the influence is DISMISSED without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

5.  This case is DISMISSED prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

6.  Final Judgment will be entered accordingly.

DONE this 30th day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE