IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES L. SHORES, #214873, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv222-WHA |
| | ) |
| THE GREAT STATE OF ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Defendants, The Great State of Alabama, Leo F. Mullin, David N. Siegal, Donald J. Conty, Gordon M. Bethune, John W. Creighton, Norman Y. Mineta and Donald H. Rumsfeld, and against the Plaintiff.

DONE this 30th day of March, 2006.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE